UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,                                          CASE NO. 14-CV-02010-VC
                        Plaintiff(s),

        v.                                            STIPULATION AND [PROPOSED]
                                                      ORDER SELECTING ADR PROCESS

SPOT LIGHTING SUPPLIES, INC.,
                        Defendant(s).

_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐       Non-binding Arbitration (ADR L.R. 4)
        ☒       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        ☐       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☐       Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:
        ☐       the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

        ☒       other requested deadline: No sooner than November 10, 2014.


Dated:  7/10/14                                       /s/ John V. Picone III
                                                      John V. Picone III
                                                      Attorney for Plaintiff, PHOTOGRAPHIC
                                                      ILLUSTRATORS CORPORATION

Dated:  7/10/14                                       /s/ Jessica Stuart Pliner
                                                      Jessica Pliner
                                                      Attorney for Defendant, SPOT LIGHTING
                                                      SUPPLIES, INC.

626\1135157.1

CONTINUE TO FOLLOWING PAGE

## [~~PROPOSED~~] ORDER

XX   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.



Dated:  July 14, 2014

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket
Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

626\1135157.1