John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
Aleksandr Korzh, Bar No. 286613
akorzh@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiff
PHOTOGRAPHIC ILLUSTRATORS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SPOT LIGHTING SUPPLIES, INC. dba Lighting-spot.com,<br><br>Defendant. | CASE NO.  5:14-cv-2010-VC<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

WHEREAS, the Court set an Initial Case Management Conference for August 1, 2014 at 10:30 a.m.;

WHEREAS, both counsel for Plaintiff Photographic Illustrators Corporation are unavailable to attend the Case Management Conference as scheduled as John V. Picone III is scheduled to be in Rhode Island and Jennifer Coleman is scheduled to be in Illinois;

WHEREAS, the Parties desire to continue the Initial Case Management Conference by one (1) week, to August 8, 2014 at 10:30 a.m. or to another date convenient for the Court.

1    THEREFORE, the Parties hereby agree and stipulate that, subject to the Court's approval,

2  the Case Management Conference shall be continued by one (1) week, to August 8, 2014 at

3  10:30 a.m. or to another date convenient to the Court.

4  Dated: July 11, 2014                HOPKINS & CARLEY
                                        A Law Corporation

7                                       By:*/s/ John V. Picone III*
                                            John V. Picone III
                                            Attorneys for Plaintiff
8                                           PHOTOGRAPHIC ILLUSTRATORS
                                            CORPORATION

10 Dated: July 11, 2014                PHILLIPS, SPALLAS & ANGSTADT LLP

12                                      By:*/s/ Jessica Stuart Pliner*
                                            Jessica Stuart Pliner
                                            Attorneys for Defendant
13                                          SPOT LIGHTING SUPPLIES, INC, dba
                                            Lighting-spot.com

15                          **SIGNATURE ATTESTATION**

16   Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

17 the filing of this document from all signatories for whom a signature is indicated by a

18 "conformed" signature (/s/) within this electronically filed document and I have on file records to

19 support this concurrence for subsequent production to the Court if so ordered or for inspection

20 upon request.

21 Dated: July 11, 2014                HOPKINS & CARLEY
                                        A Law Corporation

24                                      By:*/s/ John V. Picone III*
                                            John V. Picone III
                                            Attorneys for Plaintiff
25                                          PHOTOGRAPHIC ILLUSTRATORS
                                            CORPORATION

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference scheduled in this matter for August 1, 2014 at 10:30 a.m. is continued to August 12, 2014 at 10:00 a.m./~~p.m.~~

Dated: July 15, 2014

_____
Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE