UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | No. C 14-2010 VC |
| Plaintiff, | **ORDER RE: ATTENDANCE AT ENE** |
| v. | Date:      December 11, 2014 |
| SPOT LIGHTING SUPPLIES, INC., et al., | Evaluator: Lynn Pasahow |
| Defendants. | |

Before the court are requests to excuse plaintiff's party representative and defendant's insurance claims adjuster from appearing in person at the December 11, 2014, ENE before Lynn Pasahow. The court GRANTS plaintiff's request and DENIES defendant's request.

ADR L.R. 5-10(d) requires that requests to be excused from appearing in person at an ENE may be granted when the moving party can demonstrate that requiring him or her to appear in person would cause 'extraordinary or otherwise unjustifiable hardship.' The court finds that concerns about plaintiff's representative's health meet this criteria, but does not find that defendant has shown how it would be caused 'extraordinary hardship' if its insurance claims adjuster is required to attend the ENE in person. Accordingly, plaintiff's party representative is excused from personal appearance while defendant's insurer representative is not.

The excused party shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED.**

December 2, 2014                    By:  _____

Dated                                                       Maria-Elena James
                                                            United States Magistrate Judge