**PHILLIPS, SPALLAS & ANGSTADT LLP**
**Todd A. Angstadt – (SBN 166404)**
**Jessica Stuart Pliner – (SBN 261976)**
505 Sansome Street, Sixth Floor
San Francisco, California   94111
Telephone:  (415) 278-9400
Facsimile:  (415) 278-9411
tangstadt@psalaw.net
jpliner@psalaw.net

Attorneys for Defendant
SPOT LIGHTING SUPPLIES, INC, dba
Lighting-spot.com

**John V. Picone III,** Bar No. 187226
jpicone@hopkinscarley.com
**Jennifer S. Coleman,** Bar No. 213210
jcoleman@hopkinscarley.com
**Aleksandr Korzh**, Bar No. 286613
akorzh@hopkinscarley.com
**HOPKINS & CARLEY**
A Law Corporation
P.O. BOX 1469
SAN JOSE, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
PHOTOGRAPHIC ILLUSTRATORS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>SPOT LIGHTING SUPPLIES, INC. dba Lighting-spot.com<br>          Defendant. | Case No.  3:14-cv-2010-VC<br><br>**STIPULATION TO EXTEND DEADLINES FOR CERTAIN DISCOVERY DEADLINES and [~~PROPOSED~~] ORDER**<br><br>**Hon. Vince Chhabria** |

Pursuant to Civil Local Rule 6-2, Plaintiff PHOTOGRAPHIC ILLUSTRATORS CORPORATION and Defendant SPOT LIGHTING SUPPLIES, INC. hereby stipulate as follows:

       1.     The parties have agreed to an extension for SPOT LIGHTING SUPPLIES, INC.'s responses to written discovery requests from PHOTOGRAPHIC ILLUSTRATORS CORPORATION to February

1      10, 2015;

2          2.      PHOTOGRAPHIC ILLUSTRATORS CORPORATION's 30(b)(6)

3                  depositions of SPOT LIGHTING SUPPLIES, INC. to occur on or

4                  before February 16, 2015 but no earlier than February 11, 2015;

5          3.      The Deadline to move to compel further responses to discovery:

6                  February 23, 2015;

7          4.      The deadline for Expert disclosures:  March 13, 2015; and

8          5.      The Expert discovery cut-off:  May 15, 2015.

9          The parties are engaging in settlement discussions at this time and desire to attempt to

10   resolve this matter prior to completing the above-referenced discovery.  Counsel for Defendant

11   was in trial from January 5th through January 13th in the San Jose branch of this Court on another

12   case, (5:08-cv-05296-PSG), which was only set for trial in October 2014.  At the pretrial

13   conference in the San Jose case on December 16, 2014, the Court also ordered additional fact

14   and expert discovery to take place prior to December 31, 2014, even though discovery had

15   previously closed in 2011 in that matter.  Defense counsel's trial, pretrial deadlines, ordered

16   discovery and trial preparation for the January 5, 2015 trial impacted the parties' ability to have

17   meaningful settlement discussions and complete discovery in this matter, following the

18   December 11, 2014 Early Neutral Evaluation and prior to the previously set deadlines.

19         There have been no prior modifications of any of the deadlines set by this Court in this

20   matter.

21         Trial in this matter is set for November 9, 2015, with a Pretrial conference on October

22   27, 2015.  The deadline for Motion hearings is August 20, 2015.  These deadlines are not

23   affected by the requested scheduling change.

24         As PHOTOGRAPHIC ILLUSTRATORS CORPORATION does not so stipulate,

25   Defendant SPOT LIGHTING SUPPLIES, INC. reserves its right to move the Court for leave to

26   complete its 30(b) deposition of PHOTOGRAPHIC ILLUSTRATORS CORPORATION,

27   should the matter not resolve in February as a result of the parties' settlement negotiations.

28

1   IT IS SO STIPULATED:

2

3   DATED:  January 21, 2015                    **PHILLIPS, SPALLAS & ANGSTADT LLP**

4

5                                               By:     s/ Jessica Stuart Pliner

6                                                       Todd A. Angstadt, Esq.
                                                        Jessica Stuart Pliner, Esq.

7                                                       Attorneys for Defendant
                                                        SPOT LIGHTING SUPPLIES, INC.

8

9   DATED:  January 21, 2015                    **HOPKINS & CARLEY, A LAW CORPORATION**

10

11

12                                              By:     s/ Aleksandr Korzh
                                                        John V. Picone , III, Esq.

13                                                      Jennifer S. Coleman, Esq.
                                                        Aleksandr Korzh, Esq.

14                                                      Attorneys for Plaintiff
                                                        PHOTOGRAPHIC ILLUSTRATORS

15                                                      CORPORATION

16

17   I, Jessica Stuart Pliner, am the ECF user whose ID and password are being used to file this
     STIPULATION AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I

18   hereby attest that the counsel whose e-signatures appear on the foregoing pages have concurred
     with this filing.

19
                                                        /s/ Jessica Stuart Pliner

20                                                          Jessica Stuart Pliner

21

22   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23   **DATED:** _January 23, 2015_

24                                              **HONORABLE Vince Chhabria**
                                                **United States District Judge**

25

26

27

28

*Photographic Illustrators Corporation v. Spot Lighting Supplies, Inc.*
U.S.D.C. – Northern District of California – Case No. 3:14-cv-2010-VC
Page 3